# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| **LESLIE SHAYNE MILLER-BASINGER,** individually and on behalf of others similarly situated, | ) ) ) | **CLASS ACTION COMPLAINT** |
| Plaintiff, | ) ) ) ) | **FLSA COLLECTIVE ACTION COMPLAINT UNDER 29 USC § 216(b)** |
| vs. | ) ) | **CASE NO. 2:15-cv-89-WTL-DKL** |
| **MAGNOLIA HEALTH SYSTEMS, INC., MAGNOLIA HEALTH MANAGEMENT, LLC, and STUART REED,** | ) ) ) ) | |
| Defendants. | ) | |

## ORDER ON STIPULATION OF DISMISSAL

The Court, having received the Stipulation of Dismissal filed by the parties pursuant to Fed.R.Civ.P.41(a), and being duly advised in the premises, hereby ORDERS that all claims in this cause shall be dismissed, with prejudice, costs paid.

IT IS SO ORDERED this 29th day of September, 2016.

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

**Distribution:**

John J. Moore
jmoore@dtblegal.com

Robert P. Kondras, Jr.
kondras@huntlawfirm.net

Robert F. Hunt
hunt@huntlawfirm.net